**ORIGINAL**

FEB 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION ) ) ) ) IN RE WIRELESS FACILITIES, INC. ) INITIAL PUBLIC OFFERING SECURITIES ) LITIGATION ) ) ) ) ) | Master Case No. 21 MC 92 (SAS)<br><br>01 Civ. 4779 (SAS)<br><br>Hon. Shira A. Scheindlin<br><br>NOTICE OF WITHDRAWAL AND SIMULTANEOUS APPEARANCE OF SUBSTITUTE COUNSEL; [PROPOSED] ORDER |

PLEASE TAKE NOTICE that the law firm of Cooley Godward Kronish LLP hereby withdraws as counsel of record for defendant Kratos Defense & Security Systems, Inc. (formerly known as Wireless Facilities, Inc.) (hereinafter, "Kratos") in the above-captioned actions. Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104-0050, hereby enters its notice of appearance as counsel of record for Kratos.

Dated: February 11, 2010

COOLEY GODWARD KRONISH LLP

By: _____
Angela L. Dunning
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel.: (650) 843-5000

Withdrawing Attorneys for Kratos Defense & Security Systems, Inc. (formerly known as Wireless Facilities, Inc.)

Dated: February 11, 2010

MORRISON & FOERSTER LLP

By: _____
Angela T. Rella
1290 Avenue of the Americas
New York, New York 10104-0050
Tel.: (212) 468-8000

Superseding Attorneys for Kratos Defense & Security Systems, Inc. (formerly known as Wireless Facilities, Inc.)

775730 v1/PA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10

[PROPOSED] ORDER

SO ORDERED:

Dated: _____Feb 16_____, 2010

_____
Shira A. Scheindlin, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION<br><br>IN RE WIRELESS FACILITIES, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | Master Case No. 21 MC 92 (SAS)<br><br>01 Civ. 4779 (SAS)<br><br>Hon. Shira A. Scheindlin<br><br>AFFIDAVIT IN SUPPORT OF NOTICE OF WITHDRAWAL AND SIMULTANEOUS APPEARANCE OF SUBSTITUTE COUNSEL |
| STATE OF CALIFORNIA<br>COUNTY OF SANTA CLARA | |

ANGELA L. DUNNING, being duly sworn, deposes and says:

1. I am a member of the law firm of Cooley Godward Kronish LLP.

2. Pursuant to Local Rule 1.4, I submit this affidavit in support of the accompanying Notice of Withdrawal and Simultaneous Appearance of Substitute Counsel; [Proposed] Order.

3. Defendant Kratos Defense & Security Systems, Inc. (formerly known as Wireless Facilities, Inc.) (hereinafter, "Kratos") is currently represented by the law firm of Cooley Godward Kronish LLP.

4. Kratos is a defendant in the coordinated action entitled In Re Wireless Facilities, Inc. Initial Public Offering Securities Litigation, Case No. 01 Civ. 4779.

5. Kratos has requested to substitute Morrison & Foerster LLP as its counsel in the above-captioned actions.

775730 v1/PA

-2-

6.    Morrison & Foerster LLP and Cooley Godward Kronish LLP have stipulated to this substitution.

I hereby certify that the substitution will not cause or result in any delay or prejudice.

By: *Angela Dunning*
Angela L. Dunning
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

SUBSCRIBED AND SWORN to before me this 1st day of February, 2010, by Angela L. Dunning, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Lilian G. Sutamarie*
NOTARY PUBLIC for California
Residing at Santa Clara, California
Commission expires 12/10/12

LILIAN G. SANTAMARIA
Commission # 1825157
Notary Public - California
Santa Clara County
My Comm. Expires Dec 10, 2012

**CERTIFICATE OF SERVICE**

I, _Angela T. Bella_, certify that on _February 11_, 2010, I caused a true and correct copy of the foregoing (1) *Notice of Withdrawal and Simultaneous Appearance of Substitute Counsel; [Proposed] Order* and (2) *Affidavit in Support of Notice of Withdrawal and Simultaneous Appearance of Substitute Counsel*, to be served via LexisNexis File & Serve upon all parties listed on the service list of the *IPO Securities Litigation* website maintained by LexisNexis.

_[signature]_